IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    Case No. 6:19-cr-60019

RON LYLE HAWLEY                                                                          DEFENDANT

## ORDER

Before the Court is Defendant Ron Lyle Hawley's Petition for Early Release from Probation. ECF No. 20. No response is necessary, and the Court finds the matter ripe for consideration.

On March 6, 2020, the Court sentenced Defendant to five (5) years probation, along with a $100 special assessment and restitution in the amount of $158,016.90. ECF No. 17. The Court further required that the first eight (8) months of Defendant's probation be served on home detention and prohibited Defendant from incurring new credit charges or from opening additional lines of credit without the approval of the United States Probation Office (USPO), in addition to mandatory conditions, standard conditions, a search condition, and the requirement to make a complete financial disclosure.

On September 28, 2022, Defendant filed the instant motion, seeking early termination of his five-year term of probation, of which he has served approximately thirty-one (31) months. ECF No. 20. He states that he has complied with all conditions of his probation and has paid all restitution. The USPO confirms that, while on supervision, Defendant has maintained stable residence, maintained stable employment, and paid his special assessment and restitution in full. Further, the USPO states that Defendant has completed these thirty-one (31) months without any violation. Finally, the USPO notes that Defendant has been identified as posing a low risk for

recidivism and a low risk for violence. Ultimately, the USPO concludes that Defendant is a candidate for early termination consideration by the Court.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider the factors set forth under 18 U.S.C. § 3553(a), to the extent that they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 20) should be and is hereby **GRANTED** based upon Defendant's conduct and the interests of justice. Defendant's term of probation is hereby terminated.

**IT IS SO ORDERED**, this 7th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge